Memorandum Decisions.

---

City of Tampa *et al.*, Appellants, vs. C. E. Webb, Appellee.

Appeal from Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

*D. C. McMullen*, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. Dismissed on praecipe of counsel for appellants.

Decision Per Curiam.